**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYVLANIA**

| | |
|---|---|
| KRISTEN STENSON | : |
| *Plaintiff,* | : **Civil Action No. 2:25-cv-06132** |
| v. | : JURY TRIAL DEMANDED |
| THE CONSUMER SATISFACTION TEAM, INC. | : |
| *Defendant.* | : |

**NOTICE OF APPEARANCE**

Kindly enter the appearance of Kasturi Sen as Lead Counsel for Plaintiff Kristen Stenson in the above-captioned proceeding.

Respectfully submitted,

**GOLDSHAW GREENBLATT PIERCE LLC**

Dated: October 28, 2025

_____
Kasturi Sen, Esquire
PA Bar I.D. No. 209351
Two Penn Center, Suite 1230
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Ph. (215) 978 -9090
ksen@ggplawfirm.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I, Kasturi Sen, hereby certify that a true and correct copy of the Notice of Appearance was electronically filed with the Court on October 28, 2025, and is available for viewing and downloading from the ECF system.

Dated: October 28, 2025

                                                                             /s/ Kasturi Sen
Kasturi Sen, Esquire
PA Bar I.D. No. 209351
**GOLDSHAW GREENBLATT PIERCE LLC**
Two Penn Center, Suite 1230
1500 John F. Kennedy Boulevard
Philadelphia, PA 19102
Ph. (215) 978-9090
ksen@ggplawfirm.com

*Attorneys for Plaintiff*